```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel. JUNE, :
RAFFINGTON, :
                        Plaintiff, :
                                            :    10 Civ. 9650 (RMB) (GWG)
       -against- :
                                            :    **ADMINISTRATIVE ORDER**
BON SECOURS HEALTH SYSTEM, :
INC., et al., :
                       Defendants. :
------------------------------------------------------------X

      The parties are requested to submit written comments with authorities regarding the impact, if any, of Universal Health Services v. U.S. ex rel. Escobar, No. 15-7, 136 S.Ct. 582 (2015) (granting writ of certiorari), currently sub judice before the United States Supreme Court, upon Defendants' Motion to Dismiss in this case, dated December 23, 2015.

      The parties' supplemental letters should be up to 5 pages (double-spaced) and submitted by Thursday, April 28, 2016. The letters should reflect and comment upon the briefs submitted to the Supreme Court in Universal Health.

Dated: New York, New York
         April 22, 2016

                                                                  /s/ RMB
                                                      **RICHARD M. BERMAN, U.S.D.J.**