UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel. JUNE RAFFINGTON,

               Plaintiffs,

    -v.-

BON SECOURS HEALTH SYSTEM, INC. et al.,

               Defendants.
-----------------------------------------------------------------X

ORDER

10 Civ. 9650 (RMB) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Oral argument on the pending motion for reconsideration will take place on Wednesday, December 11, 2019, at 10:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin promptly.

Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

SO ORDERED.

Dated: November 12, 2019
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge