UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel. JUNE RAFFINGTON, :

       Plaintiff, :

-v.- : <u>ORDER</u>

: 10 Civ. 9650 (RMB) (GWG)

BON SECOURS HEALTH SYSTEM, INC. et al., :

       Defendants. :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Much as the Court would like to proceed with the oral argument scheduled for tomorrow, March 19, 2021, the Court is concerned that the Relator has not had the opportunity to reply in writing to the extensive arguments in defendants' most recent letter (Docket # 517), some of which the Court does not recall having been expressed previously.  Given the critical importance of the pending motion to this case, the Court would prefer a written version of Relator's response rather than hearing it for the first time at oral argument.

      Accordingly, Relator shall file any reply to defendants' letter by Wednesday, March 24, 2021.  The oral argument previously scheduled for March 19, 2021, is adjourned to Monday, March 29, 2021, at 2:30 p.m.

      SO ORDERED.

Dated: March 18, 2021
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge