UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.          :

        Plaintiffs,          :     <u>ORDER</u>

  -v.-          :
                                         10 Civ. 9650 (RMB) (GWG)
BON SECOURS HEALTH SYSTEM, INC. et al.,   :

        Defendants.          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The parties are directed to consult and file on or before March 29, 2023, a jointly-composed letter setting forth the proposed next steps in the case. Any disagreements may be noted in the letter.

    SO ORDERED.

Dated: March 15, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge